**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUCILA REYES, | No. C 10-80162-MISC JSW |
| Petitioner. | **ORDER GRANTING AMENDED REQUEST FOR ORDER TO MODIFY BIRTHDATE** |
| _____/ | |

On July 29, 2010, Petitioner Lucila Reyes ("Reyes") filed an Amended Request for an Order to Modify Birthdate on Naturalization Certificate and Request for Issuance of New Certificate. Reyes moves to correct the birthdate on her Naturalization Certificate, which is listed as January 18, 1956, to January 18, 1957. (*See Original* Petition, Exs. 1, 2.) Reyes makes this request pursuant to 8 C.F.R. § 334.16(b), which provides:

> Whenever an application is made to the court to amend a petition for naturalization after final action thereon has been taken by the court, a copy of the application shall be served upon the district director having administrative jurisdiction over the territory in which the court is located, in the manner and within the time provided by the rules of court in which application is made. No objection shall be made to the amendment of a petition for naturalization after the petitioner for naturalization has been admitted to citizenship if the motion or application is to correct a clerical error arising from oversight or omission.

On August 3, 2010, the District Director filed a statement of non-opposition to Petitioner's request. Accordingly, good cause appearing, the Court GRANTS Petitioner's request to change her date of birth on her Certificate of Naturalization and for the issuance of a new Certificate of Naturalization.

It is FURTHER ORDERED that a copy of this Order shall be served on the District Director and shall be placed in Petitioner's administrative file.

The Clerk is directed to terminate this case and close the file.

**IT IS SO ORDERED.**

Dated: August 3, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE